STATE v. CLIFTON

    No. 133P97

    Case below: 125 N.C.App. 471

Petition by defendant for writ of supersedeas allowed 22 April 1997 subject to a reasonable bond to be set by the Superior Court, Franklin County. Petition by Attorney General for writ of supersedeas allowed 22 April 1997. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 22 April 1997.

STATE v. DAVIS

    No. 85A97

    Case below: 121 N.C.App. 627

Notice of appeal by defendant (substantial constitutional question) dismissed 8 May 1997.

STATE v. MARTIN

    No. 17P97

    Case below: 124 N.C.App. 672

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 May 1997. Petition by defendant (Gary Martin) for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

STATE v. OLIVER

    No. 100P97

    Case below: 125 N.C.App. 420

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

STATE v. PEARSON

    No. 165PA97

    Case below: 125 N.C.App. 676

Notice of appeal by defendant (substantial constitutional question) retained 8 May 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 May 1997.